IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10211
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KELLY DENISE WALLACE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-108-7-H
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Kelly Denise Wallace appeals her sentence after pleading
guilty to separate drug and money-laundering conspiracies.
Specifically, she challenges the district court's assessment of a
two-level sentence enhancement for obstruction of justice.  The
Government points out that Wallace waived the right to appeal her
sentence as part of her plea agreement.  Because a review of the
record, particularly the transcript of Wallace's second guilty-
plea hearing, indicates that her waiver was informed and
voluntary, she is foreclosed from challenging her sentence.  See

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

United States v. Melancon, 972 F.2d 566, 567-68 (5th Cir. 1992).

Accordingly, her appeal is DISMISSED.  See id. at 568; 5th Cir.

R. 42.2.

APPEAL DISMISSED.